UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVECAREER LTD,<br><br>   Plaintiff,<br><br>  v.<br><br>SU JIA TECHNOLOGIES LTD., DBA RESUMEGENIUS.COM, et al.,<br><br>   Defendants. | Case No. 14-cv-03336-JST<br><br>**MINUTE ORDER NOTING STIPULATION TO CONTINUE HEARING**<br><br>Re: ECF No. 31 |

  The parties have filed a stipulation dated November 19, 2014, to continue the hearing on Plaintiff's Motion for Limited Jurisdictional Discovery from December 4, 2014, to December 11, 2014, at 2:00 p.m.  ECF No. 31.  The parties state that the continuance will not alter the dates of any event or deadline already fixed by court order under Local Rule 6-1(a).  The stipulation is effective without court order pursuant to Federal Rule of Civil Procedure 7-7(b)(1).

  The hearing on Plaintiff's Motion for Limited Jurisdictional Discovery, ECF No. 20, is continued from December 4, 2014, to December 11, 2014, at 2:00 p.m.

  **IT IS SO ORDERED**.

Dated: November 20, 2014

                    JON S. TIGAR
                    United States District Judge