# Exhibit 3

Resume Companion



LiveCareer



Resume Companion

LiveCareer




Resume Companion

LiveCareer


