1  RYAN W. KOPPELMAN (SBN 290704)
   (ryan.koppelman@alston.com)
2  ALSTON & BIRD LLP
3  275 Middlefield Road, Suite 150
   Menlo Park, CA 94025-4008
4  Telephone:  650-838-2000
5  Facsimile:  650-838-2001

6
   DEEPRO R. MUKERJEE (*Admitted pro
7  hac*)
   deepro.mukerjee@alston.com
8  LANCE SODERSTROM (*Admitted Pro
9  Hac*)
   (lance.soderstrom@alston.com)
10 ALSTON & BIRD LLP
11 90 Park Avenue
   New York, NY 10016
12 Telephone:   212-210-9400
13 Facsimile:   212-210-9444

   Craig J. Mariam (SBN: 225280)
   cmariam@gordonrees.com
   GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
   Los Angeles, CA 90071
   Telephone: (213) 576-5000
   Facsimile: (877) 306-0043

   Kirstie Simmerman
   ksimmerman@gordonrees.com
   GORDON & REES LLP
   275 Battery Street, Suite 2000
   San Francisco, CA 94111
   Telephone: (415) 986-5900
   Facsimile: (877) 306-0043

   *Attorney for Defendants Resume Companion LLC and RGO Resume Technologies Ltd*

14
   *Attorneys for Plaintiff LiveCareer, Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LIVECAREER, LTD<br><br>        Plaintiff,<br><br>   vs.<br><br>RESUME COMPANION LLC, and SU JIA TECHNOLOGIES LTD, dba RESUMEGENIUS.COM<br><br>        Defendants. | Case Number: 3:14-CV-3336-JST<br><br>Honorable Jon S. Tigar<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed July 23, 2014 |

Plaintiff and Counterdefendant, LiveCareer, Ltd. ("LiveCareer") and Defendants and Counterclaimants, Resume Companion LLC and RGO Resume Technologies, Ltd. (collectively, "Defendants"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a) and (c), hereby file this Joint Stipulation of Dismissal with Prejudice and state as follows:

1. LiveCareer and Defendants respectfully request that the Court dismiss all of the claims, defenses, and counterclaims in Case No. 3:14-CV-3336-JST with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and (c).

2. Each Party will bear its own costs and attorneys' fees.

Dated: October 22, 2015          ALSTON & BIRD, LLP

*/s/ Ryan W. Koppelman*

Ryan W. Koppelman
Lance Soderstrom
*Attorneys for Plaintiff LiveCareer, Ltd.*


Dated: October 22, 2015          Gordon & Rees LLP

*/s/ Craig J. Mariam*

Craig J. Mariam
Kirstie Simmerman
*Attorneys for Defendants Resume Companion LLC and RGO Resume Technologies Ltd*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Filer's Attestation**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all parties.

Alston & Bird LLP

*/s/ Ryan W. Koppelman*

Ryan W. Koppelman

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4
5  Dated:
6  　　　　　　　　　　　　　　　　Honorable Jon S. Tigar
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28